March 27, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

AARON WIESE, Appellant

NO. 14-11-00268-CV                    V.

HEATHLAKE COMMUNITY ASSOCIATION, INC., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Heathlake Community Association, Inc., signed February 25, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We order appellee, Heathlake Community Association, Inc., to pay all costs incurred in this appeal. We further order this decision certified below for observance.